IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02403-GPG

AARON S. RABIDUE,

    Plaintiff,

v.

BILL RITTER, JR., Ex-Governor,
JOHN W. HICKENLOOPER, Governor,
RICK RAEMISCH, Executive Director,
WARDEN MILYARD,
WARDEN FALK, and
CASE MANAGER LUECK,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

DATED December 19, 2014, at Denver, Colorado.

                      BY THE COURT:

                      S/ Gordon P. Gallagher

                      GORDON P. GALLAGHER
                      United States Magistrate Judge