IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02403-MJW

AARON S. RABIDUE,

Plaintiff,

v.

TRUDY SICOTTE, NICOLE BLATNICK, TINA ROSLER, ALVIN MASSENBURG, CHIEF MEDICAL OFFICER MARTINEZ, JENNIFER NOVATNY, MAJOR LONG, WARDEN FALK, HONG DANG, and DEPUTY DIRECTOR OF PRISONS JOHN DOE,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

Defendants Blatnick, Rosler, Massenburg, Novatny, Long, Falk, and Dang filed a Motion to Dismiss (Docket No. 27) on February 26, 2015.  Under Local Civil Rule 7.1(d), Plaintiff's response to that motion was due on March 19, 2015, and would have been timely if filed by March 23, 2015.

Apparently in lieu of a direct response, Plaintiff instead filed a motion to stay proceedings, stating that he has submitted interrogatories on Defendants for the information he needs to serve the remaining unserved defendants.  Plaintiff argues that a stay of proceedings should be entered until the interrogatories are responded to and service is effected, since the remaining defendants will likely file a motion to dismiss and the interests of judicial economy will be served by handling all motions to dismiss concurrently.

**Plaintiff's motion for stay of proceeding (Docket No. 28) is DENIED**.  That said, the Court will allow Plaintiff additional time to respond to Defendants' motion to dismiss.  Should the remaining Defendants actually be served and file a motion to dismiss, Plaintiff may file a consolidated response to all pending motions to dismiss.  **It is hereby ORDERED that Plaintiff shall file a response to Defendants' motion to dismiss (Docket No. 27) on or before May 11, 2015.**  Defendants' reply, if any, will be due 14 days after Plaintiff's response is filed with the Court.

Date: March 30, 2015