IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02403-MJW

AARON S. RABIDUE,

Plaintiff,

v.

TRUDY SICOTTE, NICOLE BLATNICK, TINA ROSLER, ALVIN MASSENBURG, CHIEF MEDICAL OFFICER MARTINEZ, JENNIFER NOVATNY, MAJOR LONG, WARDEN FALK, HONG DANG, and DEPUTY DIRECTOR OF PRISONS JOHN DOE,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion to Stay Discovery (Docket No. 30) is GRANTED with the following caveat.

Defendants are entitled to a stay of proceedings while the Court resolves the qualified immunity issue raised in Defendants' motion to dismiss (Docket No. 27). *Anderson v. Creighton*, 483 U.S. 635, 646 n.6 (1987).  However, certain limited amounts of discovery can be appropriate, on a case-by-case basis. *Id.*  Here, the Court notes that Plaintiff has apparently served interrogatories designed to facilitate service on the remaining un-served defendants.  (Docket No. 28 ¶ 3.)  If no response has yet been provided, Defendants are hereby ordered (1) to provide a sufficient response to Plaintiff's interrogatories to allow Plaintiff to effect service on Defendants Sicotte and Martinez or (2) in the alternative, to procure authorization to accept service on Defendants Sicotte's and Martinez's behalf.  Defendants shall comply with this order on or before April 20, 2015.  Beyond the limited purpose of facilitating service of process, all discovery and other proceedings are hereby STAYED.

It is further ORDERED that:
- The Scheduling Conference set for April 7, 2015, at 9:00 a.m. is VACATED, to be re-set at a later date if necessary; and

- The Show Cause Hearing set for April 7, 2015, at 9:00 a.m. is VACATED and RE-SET for June 9, 2015, at 10:00 a.m.

Date: April 6, 2015