IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02403-MSK-MJW

AARON S. RABIDUE,

Plaintiff,

v.

NICOLE BLATNICK,
TINA ROSLER,
ALVIN MASSENBURG,
JENNIFER NOVATNY,
HONG DANG, and
DEPUTY DIRECTOR OF PRISONS JOHN DOE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Unopposed Motion to Amend Scheduling Order (Docket No. 87) is GRANTED for good cause shown; and

- The Scheduling Order (Docket No. 71) is AMENDED such that:
  - The deadline for to amend pleading/join parties is April 24, 2016;
  - The discovery cut-off is August 9, 2016;
  - The dispositive motion deadline is September 8, 2016;
  - The deadline to designate and disclose affirmative expert witnesses is June 9, 2016;
  - The deadline to designate and disclose rebuttal expert witnesses is July 8, 2016; and
  - The deadline to serve written discovery is July 7, 2016.

Date: April 12, 2016