IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02403-MSK-MJW

AARON S. RABIDUE,

Plaintiff,

v.

NICOLE BLATNICK,
TINA ROSLER,
ALVIN MASSENBURG,
JENNIFER NOVATNY,
HONG DANG, and
DEPUTY DIRECTOR OF PRISONS JOHN DOE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order (Docket No. 90) is GRANTED for good cause shown.

Date: April 20, 2016